FILED

2008 Jul-29  PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>JASPER DIVISION</u>

| | |
|---|---|
| TIMOTHY J. RICHARDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-AR-2210-J |
| | ) |
| WILLIE ROWELL, WARDEN; | ) |
| ATTORNEY GENERAL FOR THE | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed findings and recommendation on July 10, 2008 recommending that the petition for writ of habeas corpus be denied.  On July 25, 2008 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, the petition for writ of habeas corpus is due to be  DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 29th day of July, 2008.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE